AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.

JUL 3 1 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Pascual Zepso-Om, a/k/a Pasqual Tzep-Sohom, a/k/a Juan Pascual Gonzalez-Tzep | ) Case No. 13-8355-DLB |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 20, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

PLEASE SEE AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Deportation Officer, ICE
Printed name and title

Sworn to before me and signed in my presence.

Date: 7-31-13

_____
Judge's signature

City and state: West Palm Beach, Florida

Dave Lee Brannon, United States Magistrate Judge
Printed name and title

# AFFIDAVIT
# OF
# ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Pascual ZEPSO-OM, a/k/a "Pasqual TZEP-SOHOM," a/k/a "Juan Pascual GONZALEZ-TZEP," (hereinafter referred to as Pascual ZEPSO-OM) has committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about July 20, 2013, Pascual ZEPSO-OM was arrested in Palm Beach County, Florida on charges of domestic battery, domestic battery by strangulation, and aggravated battery with a deadly weapon. He was booked and is currently being detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from the United States, that is Pascual ZEPSO-OM.

4. On or about July 22, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Samuel Torres took a sworn post *Miranda* statement from Pascual ZEPSO-OM. During the course of this statement, Pascual ZEPSO-OM admitted to being a citizen of Guatemala. He further admitted to last entering into the United States in 2010 after being deported from the United States in 2008. Pascual ZEPSO-OM also admitted that he did not seek permission from the U.S. Government to re-enter the United States.

5. On or about July 24, 2013, I received the immigration alien file assigned to Pascual ZEPSO-OM. Records within this alien file assigned to Pascual ZEPSO-OM establish that he is a native and citizen of Guatemala. Records further show that on or about June 30, 2006, Pascual ZEPSO-OM was ordered removed from the United States. The Order of Removal was executed on or about July 14, 2006, whereby Pascual ZEPSO-OM was removed from the United States and sent back to Guatemala. Thereafter, Pascual ZEPSO-OM re-entered into the United States and on or about March 8, 2008, using the alias of Pasqual TZEP-SOHOM was again removed from the United States and sent back to Guatemala.

6. Town of Palm Beach Police Department Fingerprint Examiner Gregory Parkinson conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about July 20, 2013, that is, Pascual ZEPSO-OM is the same person who was previously removed from the United States on or about March 8, 2008.

7. I performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Pascual ZEPSO-OM filed an application for permission to reapply for admission into the United States after

deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Pascual ZEPSO-OM obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. A Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services and is pending.

8.   Based on the foregoing, I respectfully submit that probable cause exists to believe that, on or about July 20, 2013, Pascual ZEPSO-OM, a/k/a "Pasqual TZEP-SOHOM," a/k/a "Juan Pascual GONZALEZ-TZEP," an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Kerzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 31st day of July, 2013.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-8355-DLB

UNITED STATES OF AMERICA

vs.

PASCUAL ZEPSO-OM,
  a/k/a Pasqual Tzep-Sohom,
  a/k/a Juan Pascual Gonzalez-Tzep,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
Jennifer C. Millien
Assistant United States Attorney
Florida Bar No. 171700
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
TEL: (561) 820-8711
FAX: (561) 805-9846